# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 23, 2022

### NO. 03-21-00375-CV

**Brad Amina, Appellant**

**v.**

**PCW Investments, LLC, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER AND TRIANA**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on July 22, 2021. Having reviewed the record, the Court holds that Brad Amina has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.